# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FELIX, | Case No: 2:16-cv-08539-E |
| Plaintiff | [~~PROPOSED~~] JUDGMENT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: 4/28/17

THE HONORABLE CHARLES F. EICK
United States Magistrate Judge

-1-